# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-2345

_____

John Rudish

*Plaintiff - Appellant*

v.

International Union of Operating Engineers, Local 234; International Union of
Operating Engineers

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: March 16, 2015
Filed: March 19, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

John Rudish appeals from the order of the District Court[1] granting summary judgment to the defendants on remand in his Labor Management Reporting and Disclosure Act action against the International Union of Operating Engineers (IUOE) and IUOE Local 234.  After de novo review of the additional materials the parties offered on remand, see Rochling v. Dep't of Veterans Affairs, 725 F.3d 927, 937 (8th Cir. 2013), and careful consideration of the matters Rudish raises on appeal, we affirm the judgment of the District Court, see 8th Cir. R. 47B.

————————————————————

[1]The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.